Kja Harper-Gopaul, Bar No. 319585
kharpergopaul@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREIN GONZALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY BANK; TRAVIS CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00655-JLT-BAM<br><br>Hon. Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint served:  May 16, 2023<br>Current response date:  June 6, 2023<br>New response date:  July 5, 2023 |

Pursuant to the stipulation between Plaintiff Adrein Gonzales ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, is extended from June 6, 2023, up through and including **July 5, 2023**.

IT IS SO ORDERED.

Dated:  **June 27, 2023**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

NAI-1537261440v1

[PROPOSED] ORDER
Case No. 1:23-cv-00655-JLT-BAM